IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

HARRELL BAER GARNER,

      Petitioner,

v.                                        Case No.  5D17-2177

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed December 1, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Harrell Baer Garner, Lawtey, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 13, 2016, judgments and sentences in Case Nos. 14-CF-001384-A and 14-CF-001385-A, in the Circuit Court in and for Putnam County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, C.J., ORFINGER and TORPY, JJ., concur.